```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

JUSTIN HOMKOW,

        Plaintiff,

  -against-                                    04 Civ. 3587 (KMW)(THK)
                                                     ORDER

MUSIKA RECORDS, INC., ALEXANDER LIM,
RAFAEL AGUDELO, and JOHN DOES NOS. 1-10,

        Defendants.

------------------------------------X

KIMBA M. WOOD, U.S.D.J.:

    In the above-captioned case, the Court has found in its previous Orders that Justin Homkow ("Plaintiff") is entitled to the following monetary judgments from Muskia Records, Inc., Alexander Lim, Rafeal Agudelo, and John Does Nos. 1-10 (collectively, "Defendants"): (1) $32,372.63 in compensatory damages; (2) $15,972.59 in prejudgment interest on the compensatory damages;[1] and (3) $35,895.46 in sanctions. The Court has also found that Plaintiffs are entitled to the return of the Washington Music Project materials. Therefore, it is

---

[1] The Court has previously granted Plaintiff prejudgment interest on the compensatory damage at a rate of 9% from the date of Defendants' breach of contract to the date of the Court's judgment. In letters submitted by each party to the Court, the parties agree that the date of breach is September 22, 2003 and the date of judgment is March 17, 2009. Accordingly, the Court finds that prejudgment interest equals $15,972.59.

1

**ORDERED, ADJUDGED, DECREED:**

No later than October 1, 2009, Defendants shall pay Plaintiffs $84,240.68 - the sum of the compensatory damages, prejudgment interest on the compensatory damages, and sanctions. It is further

**ORDERED, ADJUDGED, DECREED:**

No later than October 1, 2009, Defendants shall (1) return to Plaintiff any Washington Music Project materials in their control, and (2) provide a sworn affidavit to the Court stating that all the Washington Music Project materials have been returned to Plaintiff.

The Court also enjoins Defendants from using or exploiting in any manner the Washington Music Project materials.

SO ORDERED.

DATED:   New York, New York
         September 2, 2009

                                                KIMBA M. WOOD
                                    United States District Judge